IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES EDWARD JONES, Sr.
ADC #144544                                                                                    PLAINTIFF

v.                                    No. 5:14-cv-453-DPM

DON E. GLOVER,
Chicot County Circuit Judge                                                        DEFENDANT

ORDER

Jones alleges that Circuit Judge Glover deprived him of access to the courts by not ruling on Jones's amended habeas petition. № 2. The Court must screen Jones's *pro se* complaint. 28 U.S.C. § 1915A(a).

Judge Glover is entitled to judicial immunity. He ruled on Jones's original petition; and he later ruled that the points asserted in the amended petition could not be raised on habeas. № 2 at 80–81. Jurisdiction was proper in the Circuit Court of Chicot County. *Mireles v. Waco*, 502 U.S. 9, 11–12 (1991). Jones's claim against Judge Glover is therefore dismissed without prejudice. Jones's motion for summary judgment, № 3, is denied as moot. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2015