IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES EDWARD JONES, Sr.
ADC #144544                                                                          PLAINTIFF

v.                              No. 5:14-cv-453-DPM

DON E. GLOVER,
Chicot County Circuit Judge                                                 DEFENDANT

JUDGMENT

This complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

30 January 2015